IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELPHALA SESSAY,** : | **CIVIL ACTION** |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **No. 17-3219** |
| : | |
| **PEOPLES COMMERCE, INC., ET AL.,** : | |
| : | |
| **Defendants.** : | |

## DISCOVERY AND SECOND AMENDED SCHEDULING ORDER

**AND NOW**, this 2nd day of January, 2018, upon consideration of "Plaintiff's Motion to Compel Discovery Responses and Extend Discovery Deadlines" (Doc. No. 19), and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** as unopposed.

Defendant Peoples Commerce, Inc. is **ORDERED** to, within seven (7) days of this Order, produce responses to Plaintiff's Interrogatories and Document Requests.

It is further **ORDERED** that all dates of this Court's October 27, 2017 Scheduling Order (Doc. No. 14), as amended by the November 9, 2017 Amended Scheduling Order (Doc. No. 18), are hereby extended by thirty (30) days as follows:

1. All fact discovery shall be completed by **March 19, 2018**.

2. Plaintiff shall produce his expert report(s) by **April 16, 2018**.

3. Defendants shall produce their expert report(s) by **May 7, 2018**.

4. All expert discovery, including depositions of expert witnesses, shall be completed by **June 25, 2018**.

2

5. All motions for summary judgment and *Daubert* motions shall be filed no later than **July 9, 2018**.

6. Responses to motions for summary judgment and *Daubert* motions, if any, shall be filed no later than **July 30, 2018**.

7. All motions to amend the complaint and to join or add additional parties shall be filed by **January 14, 2018**.

                                    **BY THE COURT:**

                                    **/s/ Mitchell S. Goldberg**
                                    _____
                                    **Mitchell S. Goldberg, J.**